UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY TART, individually and on behalf of other persons similarly situated who were employed by LIONS GATE ENTERTAINMENT CORPORATION, LIONS GATE FILMS, INC., and DEBMAR-MERCURY LLC or any other entities affiliated with or controlled by LIONS GATE ENTERTAINMENT CORPORATION, LIONS GATE FILMS, INC., and DEBMAR-MERCURY LLC,<br><br>                                                            Plaintiffs,<br>          -against –<br><br>LIONS GATE ENTERTAINMENT CORPORATION, LIONS GATE FILMS, INC., and DEBMAR-MERCURY LLC or any other entities affiliated with or controlled by LIONS GATE ENTERTAINMENT CORPORATION, LIONS GATE FILMS, INC., and DEBMAR-MERCURY LLC,<br><br>                                                            Defendants. | **Case No.: 14-CV- 8004**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT and COUNSELORS:

Please take notice that the undersigned hereby appears as attorney for Plaintiffs and the putative class in the above captioned action, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
        February 27, 2015

                    VIRGINIA & AMBINDER, LLP

                    By:     s/ LaDonna Lusher
                    LaDonna M. Lusher, Esq.
                    40 Broad Street, 7th Floor
                    New York, New York 10004
                    T: (212) 943-9080
                    llusher@vandallp.com