Morgan, Lewis & Bockius LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA  15219-6401
Tel. +1.412.560.3300
Fax: +1.412.560.7001
www.morganlewis.com

**Stephanie R. Reiss**
+1.412.560.3378
sreiss@morganlewis.com

# Morgan Lewis

June 9, 2015

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

> Re:   *Anthony Tart, et al. v. Lions Gate Entertainment Corp., et al.*
>        Docket No. 14-cv-8004 (AJN)

Dear Judge Nathan:

   We represent the Defendants in the above-referenced case but write jointly with Plaintiff's Counsel to notify Your Honor that the parties have reached an agreement in principle to settle the case.  The parties also respectfully request relief, detailed below, designed to facilitate consummation of final settlement and approval.

   On May 26, 2015, following a private mediation conducted by the Honorable Theodore H. Katz (Ret.) of JAMS, the parties executed a memorandum of understanding memorializing the basic terms of settlement.  The parties are in the process of drafting and finalizing a formal settlement agreement and engaging in confirmatory discovery as to the approximately 1,800 individuals that the proposed settlement would cover.  Because this proposed settlement concerns three groups of workers – a nationwide collective action under the Fair Labor Standards Act and two Rule 23 classes under the New York Labor Law and the labor laws of the State of California – settlement will require Court approval before notice of the settlement can be effectuated ("preliminary approval") and after an opportunity for class action members to object to the proposed settlement, participate, or "opt out" of the settlement ("final approval").

Accordingly, to facilitate the Court-approval process, the parties respectfully request that the Court (1) set a deadline of August 28, 2015 for the parties to conduct confirmatory discovery and file formal settlement papers, including a motion for preliminary approval of the terms of

The Honorable Alison J. Nathan
June 9, 2015
Page 2

settlement and the form and manner of notice; (2) stay the litigation as to all non-settlement related activity, including pre-class certification discovery, until the Court rules on the forthcoming motions for preliminary and final settlement approval; (3) adjourn the June 12, 2015 deadline for pre-class certification discovery and the deadlines for conditional certification briefing (Dkt. No. 21) pending any ruling by the Court on the above-referenced motions; and (4) adjourn the June 19, 2015 case management conference to a later date if the Court so requires, such that the parties may advise the Court as to progress regarding confirmatory discovery and the finalized agreement.

Respectfully submitted,

*s/ Stephanie R. Reiss*

Stephanie R. Reiss

SRR/dph

c:  All Counsel of Record (via CM/ECF)

DB1/ 83685371.1