UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY TART, on behalf of himself and all others similarly situated,<br><br>                                                        Plaintiffs,<br><br>     -against-<br><br>LIONS GATE ENTERTAINMENT CORPORATION, LIONS GATE FILMS, INC., and DEBMAR-MERCURY LLC.,<br><br>                                                        Defendants. | Case No. 14-CV-8004 (AJN)<br><br>**NOTICE OF UNOPPOSED MOTION** |

**PLEASE TAKE NOTICE** that upon the Declaration of LaDonna M. Lusher, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support, the undersigned will move this Court before United States District Judge Alison J. Nathan, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, on a return date set by the Court, for preliminary approval of the class and collective action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
            September 11, 2015

                                        VIRGINIA & AMBINDER, LLP

                                        /s/ LaDonna M. Lusher, Esq.
                                        LaDonna M. Lusher, Esq.
                                        Kara S. Miller, Esq.
                                        Alison L. Genova, Esq.
                                        40 Broad Street, 7th Floor
                                        New York, New York 10004
                                        Tel:     (212) 943-9080
                                        Fax:    (212) 943-9082
                                        llusher@vandallp.com

                                                -and-

                                        LEEDS BROWN LAW, P.C.
                                        /s/Jeffrey K. Brown, Esq.
                                        Jeffrey K. Brown, Esq.

                                One Old Country Road, Suite 347
                                Carle Place, New York 11514
                                Tel:    (516) 873-9550
                                jbrown@leedsbrownlaw.com

*Attorneys for Plaintiffs and Proposed Class Counsel*