UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIONS GATE LITIGATION. | No.: 14 CV 8004 (AJN)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of LaDonna M. Lusher, sworn to on April 29, 2016, and all exhibits attached thereto, along with the memorandum of law in support, the undersigned will respectfully move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable Alison J. Nathan, for Plaintiffs' unopposed motion for an Order (1) approving the settlement as fair, reasonable, and adequate for both Rule 23 Class Members and FLSA Opt-ins, (2) binding all Rule 23 Class Members who have not timely opted out to the Released State Law Claims as set forth in the Stipulation, and (3) dismissing the Litigation with prejudice, and (4) such other and further relief as this Court deems just and proper.

Dated: New York, New York
April 29, 2016

Respectfully submitted,

VIRGINIA & AMBINDER, LLP

/s/ Lloyd R. Ambinder, Esq.
LaDonna M. Lusher, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel:   (212) 943-9080
lambinder@vandallp.com

                                              LEEDS BROWN LAW, P.C.
                                              Jeffrey K. Brown, Esq.
                                              Michael Tompkins, Esq.
                                              One Old Country Road, Suite 347
                                              Carle Place, New York 11514
                                              Tel:     (516) 873-9550
                                              jbrown@leedsbrownlaw.com

*Attorneys for Plaintiffs and the Settlement Class*